# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PRINCE, | : |
| Petitioner, | : CASE NO. 2:20-CV-4102 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| WARDEN, BELMONT CORRECTIONAL INSTITUTION, | : Magistrate Judge Chelsey M. Vascura |
| Respondent. | : |

## ORDER

On August 18, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases recommending that the petition for a writ of habeas corpus be dismissed. (ECF No. 3.)  Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 3) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

Petitioner's Motion for Leave and Request for Service (ECF No. 4) is **DENIED**, as moot.

Petitioner has waived his right to appeal by failing to file objections.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:  January 20, 2021**